UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

JS-6

| Case No. | CV 23-4810-TJH(SPx) | Date | DECEMBER 13, 2023 |
|---|---|---|---|

| Title | Strike 3 Holdings, LLC v. John Doe |
|---|---|

Present: The Honorable TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Notice of voluntary dismissal filed on December 4, 2023 [14], this case is dismissed without prejudice.

IT IS SO ORDERED.


cc: all parties

CV 90                                    **CIVIL MINUTES - GENERAL**                          Initials of Deputy Clerk ys